

# Fourth Court of Appeals
## San Antonio, Texas

May 28, 2019

No. 04-19-00267-CR

John Marshall **LEE,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 2nd 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 00-0495-CR
Honorable Gus J. Strauss, Jr., Judge Presiding

## O R D E R

The clerk's record, which was filed in this appeal on April 29, 2019, does not contain a trial court's certification of the defendant's right of appeal, pursuant to TEX. R. APP. P. 25.2(d). On May 3, 2019, we ordered that the trial court cause the trial court clerk to file a supplemental clerk's record containing a certification by May 23, 2019. On May 23, 2019, the trial court clerk notified this court that the supplemental clerk's record will be late due to appellant's attorney's failure to file a trial court certification of the defendant's right to appeal. The trial court clerk noted that appellant's attorney indicated that the trial court certification will be signed and filed soon. It is therefore ORDERED that appellant's attorney provide the trial court clerk with a signed trial court certification of the defendant's right to appeal within twenty days from the date of this order. It is further ORDERED that the trial court cause the trial court clerk to file a supplemental clerk's record containing a trial court certification within ten days from the date the trial court clerk receives the signed trial court certification of the defendant's right to appeal.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of May, 2019.



KEITH E. HOTTLE,
Clerk of Court